SHIRLEY LEVY, Appellant, *v.* BOARDWALK SKATING RINK, INC., Respondent.

Submitted March 2, 1948; decided March 18, 1948.

*Isaac M. Rothenberg* for appellant.
*Arthur S. Gales* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.